AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CITIZENS FOR SENSIBLE TRANSPORTATION
PLANNING,

                             v.

U.S. DEPARTMENT OF TRANSPORTATION,
FEDERAL HIGHWAY ADMINISTRATION, and RAY
LaHOOD, SECRETARY OF TRANSPORTATION

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-108-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are DISMISSED WITH PREJUDICE.   Plaintiff is awarded its costs of litigation including reasonable attorneys' fees pursuant to 28 USC 2412, et seq.,  as follows:
a. $3,000.00 for attorneys' fees; and
b. $395.00 in costs.

October 27, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Virginia Reisenauer  
*(By) Deputy Clerk*  
Virginia Reisenauer